**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

### V.

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP AND HOULLION FAMILY, LP, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13053**

## ORDER

In an order dated November 17, 2015, the Court ordered appellants to provide this Court, by December 2, 2015, with the name, State Bar number, address, and telephone number of new counsel. We cautioned appellants that failure to do so would result in dismissal of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal. *See* Tex. R. Civ. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (corporate appellants may only appear through counsel). On December 17, 2015, appellants filed a motion for an extension of time to file a brief. In the motion, appellants explain that they will be proceeding pro se. Accordingly, on the Court's own motion, we **DISMISS** Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal.

We **GRANT** the motion for an extension of time to file a brief **TO THE EXTENT** that we **ORDER** John C. Golfis and Julie Nguyen, the remaining appellants, to file their briefs by **JANUARY 4, 2016**. If either appellant fails to file a brief by January 4, 2016, his or her appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     ELIZABETH LANG-MIERS
         JUSTICE